JOSEPH A. LIEBMAN
Nevada Bar No. 10125
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JLiebman@BaileyKennedy.com

*Attorneys for Defendant*
TARGET CORPORATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHERRY MINER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | CASE NO. 2:22-cv-00380-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

**STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Counsel for Plaintiff Sherry Miner and counsel for Defendant Target Corporation stipulate as follows:

   *1.*  Plaintiff filed her complaint on March 1, 2022 against Target Corporation.

   *2.*  Defendant's responsive pleading date is currently April 4, 2022.

   *3.*  The parties have met and conferred and agreed to extend Defendant's time to respond to the Complaint and agreed to the following briefing schedule:

   *Motion to Dismiss shall be filed May 9, 2022*

   *Opposition due June 3, 2022*

   *Reply brief due June 17, 2022*

Page **1** of **2**

**IT IS SO STIPULATED.**

DATED: April 1, 2022          Bursor & Fisher, P.A.

By: */s/ Brittany Scott*
   Brittany Scott
   Attorneys for Plaintiff SHERRY MINER

DATED: April 1, 2022          Bailey Kennedy, LLP

By: */s/ Joseph Liebman*
   Joseph Liebman
   Attorneys for Defendant TARGET CORPORATION

### [PROPOSED] ORDER

For good cause appearing, this Court **GRANTS** the parties' stipulation, and it is **ORDERED** that the briefing schedule for Target's Motion to Dismiss is as follows:

| | |
|---|---|
| *Motion to Dismiss* | *May 9, 2022* |
| *Opposition* | *June 3, 2022* |
| *Reply* | *June 17, 2022* |

**IT IS SO ORDERED.**

DATED this 4th day of April 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE